UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

CRIMINAL MINUTES

Case No.: 1:08CR34-MPM-DAS          Place Held: Aberdeen

UNITED STATES OF AMERICA V. Arron Shantez Dumas a/k/a/Aaron Shantez Dumas

Date/Time Began: 3/23/2012 4:27PM  Date/Time Ended: 3/23/2012 4:29PM

Total Time: 2 Minutes

PRESENT: Honorable DAVID A. SANDERS, U. S. MAGISTRATE JUDGE

| Emily Seymer | Digital |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys for Government:        Attorneys for Defendant(s):

PROCEEDINGS: Initial Appearance on Petition for Revocation of Supervised Release

Docket Entry: Initial Appearance held; Defendant advised the court he would retain counsel; Preliminary Revocation Hearing is set for 11:00 A.M. Monday, March 26, 2012, in Aberdeen before Mag. Judge David A. Sanders; Defendant is remanded to the custody of the U. S. Marshal

DAVID CREWS, CLERK

By /s/Emily Seymer
    Courtroom Clerk